| | |
|---|---|
| 1 | Robert B. Hawk (Bar No. 118054) |
| 2 | HOGAN LOVELLS US LLP<br>4085 Campbell Avenue, Suite 100 |
| 3 | Menlo Park, CA  94025<br>Telephone:  + 1 (650) 463-4000 |
| 4 | Facsimile:  + 1 (650) 463-4199<br>robert.hawk@hoganlovells.com |

**GRANTED**

*Judge Edward J. Davila*

7/13/2015

Attorneys for Defendants
JAY  C. HOAG,
TCV VII, L.P.,
TCV VII (A), L.P. and
TCV VII MEMBER FUND, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J.D. JORDAN,

        Plaintiff,

  v.

JAY HOAG ET AL,

        Defendant.

Case No. 5:15-CV-1819-EJD

**STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Honorable Edward J. Davila

1
2      IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants[1] through their
3  respective counsel, that Plaintiff will file an Amended Complaint on or before July 24, 2015 and
4  Defendants' deadline to answer or otherwise respond shall be extended to August 24, 2015.  This
5  stipulation will not alter the date of any event or any deadline already fixed by Court order.
6
7  Dated:  July 10, 2015                HOGAN LOVELLS US LLP
8
                                        By:        /s/ Robert B. Hawk
9                                           Robert B. Hawk
                                            HOGAN LOVELLS US LLP
10                                          4085 Campbell Avenue, Suite 100
                                            Menlo Park, CA  94025
11                                          Telephone:  + 1 (650) 463-4000
                                            robert.hawk@hoganlovells.com
12
                                            Attorneys for Defendants
13                                          JAY  C. HOAG, TCV VII, L.P.,
                                            TCV VII (A), L.P. and TCV VII MEMBER
14                                          FUND, L.P.
15
16  Dated:  July 10, 2015                PEIFFER ROSCA WOLF ABDULLAH CARR & KANE

17                                      By:        /s/ Tracey B. Cowan
                                            Joseph C. Peiffer
18                                          PEIFFER   ROSCA   WOLF   ABDULLAH
                                            CARR & KANE
19                                          201 St. Charles Ave., Ste. 4610
                                            New Orleans, LA 70170
20                                          Telephone:  (504) 586-5259
                                            jpeiffer@prwlegal.com
21
22                                          Jason J. Kane
                                            PEIFFER   ROSCA   WOLF   ABDULLAH
23                                          CARR & KANE
                                            15 Fishers Road, Ste. 202
24                                          Pittsford, NY 14534
                                            Telephone:  (585) 310-5140
25                                          jkane@prwlegal.com
26
27  [1]   The term "Defendants" shall mean Jay C. Hoag, TCV VII, L.P., TCV VII (A), L.P. and TCV VII Member Fund, L.P.
28

1
STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO
COMPLAINT
CASE NO. 5:15-CV-1819-EJD

Tracey B. Cowan
PEIFFER ROSCA WOLF ABDULLAH CARR & KANE
4 Embarcadero Center, Ste. 1400
San Francisco, CA 94111
Telephone: (415) 766-3545
tcowan@prwlegal.com

Attorneys for Plaintiff

**L.R. 5-1(i)(3) ECF Attestation**

I, Robert B. Hawk, am the ECF user whose ID and password are being used to file the following: **STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**. In compliance with L.R. 5-1(i)(3), I hereby attest that Tracey B. Cowan has concurred in this filing.

                _____*/s/ Robert B. Hawk*_____
                Robert B. Hawk