UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J. D. JORDON,<br><br>            Plaintiff,<br><br>   v.<br><br>JAY C. HOAG, et al.,<br><br>            Defendants. | Case No. 5:15-cv-01819-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 18 |

      Having reviewed the parties' Joint Case Management Conference Statement filed on July 16, 2015 (Docket Item No. 18), the court finds that a scheduling conference is premature at this time.

      Accordingly, the Case Management Conference scheduled for July 23, 2015 is CONTINUED to **10:00 a.m. on December 3, 2015**. The parties shall file an updated Joint Case Management Conference Statement on or before **November 25, 2015**.

      **IT IS SO ORDERED.**

Dated: July 21, 2015

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:15-cv-01819-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE