JASON J. KANE (*Admitted PHV*)
PEIFFER ROSCA WOLF ABDULLAH
CARR & KANE, A Professional Law Corporation
15 Fishers Road, Ste. 202
Pittsford, New York 14534
Telephone: (585) 310-5140
jkane@prwlegal.com

TRACEY B. COWAN (CA SBN 250053)
PEIFFER ROSCA WOLF ABDULLAH
CARR & KANE, A Professional Law Corporation
4 Embarcadero Center, Suite 1400
San Francisco, CA  94111
Telephone: (415) 426-5641
Facsimile: (415) 402-0058
tcowan@prwlegal.com

Attorneys for Plaintiff

[Additional counsel in signature block.]

IT IS SO ORDERED
Judge Edward J. Davila
DATED: 7/27/2015

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| J.D. JORDAN,<br><br>          Plaintiff,<br><br>     v.<br><br>JAY C. HOAG, TCV VII L.P., TCV VII (A), L.P., TCV MEMBER FUND, L.P., and NETFLIX, INC.<br><br>          Defendants. | Civil Case No**.:**  5:15-CV-18119-EJD<br><br>**STIPULATION EXTENDING PLAINTIFF'S TIME TO SERVE DEFENDANT NETFLIX INC.**<br><br>Honorable Edward J. Davila |

*Jordan v. Hoag:*  STIPULATION EXTENDING PLAINTIFF'S TIME TO SERVE DEFENDANT NETFLIX INC.

1

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants[1] through their respective counsel, that Plaintiff's deadline to serve Nominal Defendant Netflix, Inc., as agreed to in the Joint Case Management Statement, will be extended from July 24, 2015 to July 31, 2015.  This stipulation will not alter the date of any event or deadline already fixed by Court order.

Dated: July 24, 2015                    Respectfully Submitted,

PEIFFER ROSCA WOLF ABDULLAH
CARR & KANE, A PROFESSIONAL LAW
CORPORATION


By:            /s/ Jason J. Kane
       Jason J. Kane
       PEIFFER ROSCA WOLF ABDULLAH
       CARR & KANE
       A Professional Law Corporation
       15 Fishers Road, Ste. 202
       Pittsford, New York 14534
       Telephone: (585) 310-5140
       jkane@prwlegal.com

       Joseph C. Peiffer
       PEIFFER ROSCA WOLF ABDULLAH
       CARR & KANE
       A Professional Law Corporation
       201 St. Charles Ave., Ste. 4610
       New Orleans, LA 70170
       Telephone: (504) 586-5259
       jpeiffer@prwlegal.com

       Tracey B. Cowan
       PEIFFER ROSCA WOLF ABDULLAH
       CARR & KANE
       A Professional Law Corporation
       4 Embarcadero Center, Ste. 1400
       San Francisco, CA 94111
       Telephone (415) 426-5641

---

[1] The term "Defendants" shall mean Jay C. Hoag, TCV VII, L.P., TCV VII (A), L.P. and TCV VII Member Fund, L.P.

|     |                          |                                                        |
| --- | ------------------------ | ------------------------------------------------------ |
| 1   |                          | tcowan@prwlegal.com                                    |
| 2   |                          | Peter Mougey, Esq.                                     |
| 3   |                          | LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, PA |
| 4   |                          | 316 S. Baylen Street, Ste. 600                         |
| 5   |                          | Pensacola, FL 32502                                    |
|     |                          | Telephone: (850) 435-7000                              |
| 6   |                          | Facsimile: (850) 436-6068                              |
| 7   |                          | pmougey@levinlaw.com                                   |
| 8   |                          | Garrett W. Wotkyns, Esq.                               |
| 9   |                          | SCHNEIDER WALLACE COTTRELL KONECKY WOTYKINS LLP        |
| 10  |                          | 7702 B. Doubletree Ranch Road, Suite 300               |
|     |                          | Scottsdale, Arizona 85258                              |
| 11  |                          | Telephone: (480) 607-4368                              |
| 12  |                          | Facsimile: (480) 607-4366                              |
|     |                          | gwotkyns@schneiderwallace.com                          |
| 13  |                          |                                                        |
| 14  |                          | Todd Schneider, Esq.                                   |
|     |                          | SCHNEIDER WALLACE COTTRELL KONECKY WOTYKINS LLP        |
| 15  |                          | 2000 Powell Street, Suite 1400                         |
| 16  |                          | Emeryville, CA 94608                                   |
|     |                          | Telephone: (415) 421-7100                              |
| 17  |                          | Facsimile: (415) 421-7105                              |
| 18  |                          | tschneider@schneiderwallace.com                        |
| 19  |                          | Attorneys for Plaintiff                                |
| 20  | Dated:  July 24, 2015    | HOGAN LOVELLS US LLP                                   |
| 21  |                          |                                                        |
|     |                      By: |          /s/ Robert B. Hawk                            |
| 22  |                          | Robert B. Hawk                                         |
| 23  |                          | HOGAN LOVELLS US LLP                                   |
|     |                          | 4085 Campbell Avenue, Suite 100                        |
| 24  |                          | Menlo Park, CA 94025                                   |
|     |                          | Telephone + 1 (650) 463-4000                           |
| 25  |                          | robert.hawk@hoganlovells.com                           |
| 26  |                          | Attorneys for Defendants                               |
| 27  |                          | JAY C. HOAG, TCV VII, L.P.,                            |
|     |                          | TCV VII(A), L.P. and TCV VII                           |
| 28  |                          |                                                        |

*Jordan v. Hoag:*  STIPULATION EXTENDING PLAINTIFF'S TIME TO SERVE DEFENDANT NETFLIX INC.

3

1        MEMBER FUND, L.P.
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Jordan v. Hoag:* STIPULATION EXTENDING PLAINTIFF'S TIME TO SERVE DEFENDANT NETFLIX INC.
4

## L.R. 5-1 (i)(3) ECF Attestation

I, Jason J. Kane, am the ECF user whose ID and password are being used to file the following: **STIPULATION EXTENDING PLAINTIFF'S TIME TO SERVE DEFENDANT NETFLIX, INC.** In compliance with L.R. 5-1(i)(3), I hereby attest that Robert B. Hawk has concurred in this filing.

                                                                 /s/ Jason J. Kane

                                                                  Jason J. Kane