JASON J. KANE (*Admitted PHV*)
PEIFFER ROSCA WOLF ABDULLAH
CARR & KANE, A Professional Law Corporation
15 Fishers Road, Ste. 202
Pittsford, New York 14534
Telephone: (585) 310-5140
jkane@prwlegal.com

TRACEY B. COWAN (CA SBN 250053)
PEIFFER ROSCA WOLF ABDULLAH
CARR & KANE, A Professional Law Corporation
4 Embarcadero Center, Suite 1400
San Francisco, CA  94111
Telephone: (415) 426-5641
Facsimile: (415) 402-0058
tcowan@prwlegal.com

Attorneys for Plaintiff
[Additional counsel in signature block.]

*IT IS SO ORDERED*
Judge Edward J. Davila
Dated: 8/26/2015

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| J.D. JORDAN,<br><br>    Plaintiff,<br><br>v.<br><br>JAY C. HOAG, TCV VII L.P., TCV VII (A), L.P., TCV MEMBER FUND, L.P., and NETFLIX, INC.<br><br>    Defendants. | Civil Case No**.:**  5:15-CV-1819-EJD<br><br>**NOTICE OF DISMISSAL OF NOMINAL DEFENDANT NETFLIX, INC.**<br><br>Honorable Edward J. Davila |

Plaintiff, under Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses Nominal Defendant Netflix, Inc. ("Netflix") without prejudice from this action.

Dated: August 24, 2015                    Respectfully Submitted,

PEIFFER ROSCA WOLF ABDULLAH
CARR & KANE, A PROFESSIONAL LAW
CORPORATION

By:        /s/ Jason J. Kane
    Jason J. Kane
    PEIFFER ROSCA WOLF ABDULLAH
    CARR & KANE
    A Professional Law Corporation
    15 Fishers Road, Ste. 202
    Pittsford, New York 14534
    Telephone: (585) 310-5140
    jkane@prwlegal.com

    Joseph C. Peiffer
    PEIFFER ROSCA WOLF ABDULLAH
    CARR & KANE
    A Professional Law Corporation
    201 St. Charles Ave., Ste. 4610
    New Orleans, LA 70170
    Telephone: (504) 586-5259
    jpeiffer@prwlegal.com

    Tracey B. Cowan
    PEIFFER ROSCA WOLF ABDULLAH
    CARR & KANE
    A Professional Law Corporation
    4 Embarcadero Center, Ste. 1400
    San Francisco, CA 94111
    Telephone (415) 426-5641
    tcowan@prwlegal.com

    Peter Mougey, Esq.
    LEVIN PAPANTONIO THOMAS
    MITCHELL RAFFERTY & PROCTOR,
    PA
    316 S. Baylen Street, Ste. 600
    Pensacola, FL 32502
    Telephone: (850) 435-7000

Facsimile: (850) 436-6068
pmougey@levinlaw.com

Garrett W. Wotkyns, Esq.
SCHNEIDER WALLACE COTTRELL
KONECKY WOTYKINS LLP
7702 B. Doubletree Ranch Road, Suite 300
Scottsdale, Arizona 85258
Telephone: (480) 607-4368
Facsimile: (480) 607-4366
gwotkyns@schneiderwallace.com

Todd Schneider, Esq.
SCHNEIDER WALLACE COTTRELL
KONECKY WOTYKINS LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com

Attorneys for Plaintiff

Dated:  August 24, 2015