1

2

3

4

5

6

7                                UNITED STATES DISTRICT COURT

8                               NORTHERN DISTRICT OF CALIFORNIA

9

10    J. D. JORDAN,                                    Case No. 15-cv-01819 EJD (NC)

11                    Plaintiff,
                                                       **ORDER DENYING WITHOUT**
12            v.                                        **PREJUDICE PLAINTIFF'S**
                                                       **DISCOVERY REQUEST**
13    JAY C. HOAG, et al.,
                                                       Re: Dkt. No. 61
14                    Defendants.

15

16            Proceeding pro se, plaintiff J. D. Jordan requests "the court to allow discovery" in his case

17    following a motion to dismiss filed by Defendants.  Federal Rule of Civil Procedure 37(a)(1)

18    states that "[o]n notice to other parties and all affected persons, a party may move for an order

19    compelling disclosure or discovery. The motion must include a certification that the movant has in

20    good faith conferred or attempted to confer with the person or party failing to make disclosure or

21    discovery in an effort to obtain it without court action."  Local Rule 37-1(a) states that "[t]he Court

22    will not entertain a request or a motion to resolve a disclosure or discovery dispute unless,

23    pursuant to Fed. R. Civ. P. 37, counsel have previously conferred for the purpose of attempting to

24    resolve all disputed issues."

25            Here, Jordan has not supplied the Court with proof that he attempted to meet and confer

26    with Defendants regarding discovery disputes and his request is therefore denied.  However, the

27    denial is without prejudice, and Jordan may make the request again after he has met and discussed

28    his discovery issues with Defendants in good faith.  If, after the parties confer, there is an

United States District Court
Northern District of California

1    unresolved dispute, the parties should present it in a joint discovery brief not to exceed five pages.

2         To assist Jordan, the Court attaches a letter with information and resources available for

3    pro se litigants.

4

5         **IT IS SO ORDERED.**

6

7    Dated:  February 9, 2016                    _____

                                                  NATHANAEL M. COUSINS
8                                                 United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street
San Jose, CA 95113

SUSAN Y. SOONG                                                                    GENERAL COURT NUMBER
CLERK OF COURT                                                                           408-535-5363

To:     Pro Se Litigant
Re:     Representing Yourself Before This Court For Discovery

Dear Pro Se Litigant:

In your case, the district court judge has referred all discovery matters to Magistrate Judge Cousins.  This means that **any filing related to discovery should be sent to Magistrate Judge Cousins**, not the district court judge that was assigned to your case.

If you are representing yourself in federal court without representation by an attorney, that is called proceeding "pro se."  The court has free resources to help you find your way through the court system and procedures.  The Federal Pro Se Program at the San Jose Courthouse provides free information and limited-scope legal advice to pro se litigants in federal civil cases.  The Federal Pro Se Program is available by appointment and on a drop-in basis.  The Federal Pro Se Program is available at Room 2070 in the San Jose United States Courthouse (Monday to Thursday 1:00 – 4:00 pm, on Friday by appointment only), and The Law Foundation of Silicon Valley, 152 N. 3rd Street, 3rd Floor, San Jose, CA (Monday to Thursday 9:00 am – 12:00 pm, on Friday by appointment only), or by calling (408) 297-1480.

There are also online resources available on the court's webpage. The Pro Se Handbook, found at http://www.cand.uscourts.gov/prosehandbook, has a downloadable version of the court's own publication: *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*.  Pay special attention to the **Civil Litigation Packets** tab on the left, which provides useful fillable forms. The Pro Se Handbook website also has a link to the Court's Electronic Case Filing (ECF) website.

*Susan Y. Soong*
Susan Y. Soong
Clerk, United States District Court

United States District Court
Northern District of California

3

1

2

3

UNITED STATES DISTRICT COURT

4

NORTHERN DISTRICT OF CALIFORNIA

5    J. D. JORDON,

6              Plaintiff,                                Case No.   15-cv-01819-EJD   (NC)

7         v.                                             **CERTIFICATE OF SERVICE**

8    JAY C. HOAG, et al.,

9              Defendants.

10

11         I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.

12    District Court, Northern District of California.

13

14         That on February 9, 2016, I SERVED a true and correct copy(ies) of the attached, by

15    placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by

16    depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery

17    receptacle located in the Clerk's office.

18

19    J. D. Jordon
     P. O. Box 23866
20    New Orleans, LA 70183

21

22    Dated: February 9, 2016

23

24                                                       Susan Y. Soong
                                                         Clerk, United States District Court
25

26

27    By:_____
                                                         Lili Harrell, Deputy Clerk to the
28                                                       Honorable NATHANAEL M. COUSINS

4

United States District Court
Northern District of California