UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J. D. JORDON,<br><br>        Plaintiff,<br><br>    v.<br><br>JAY C. HOAG, et al.,<br><br>        Defendants. | Case No. 5:15-cv-01819-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Case Management Conference Statements (Dkt. Nos. 78, 79), the court orders as follows:

1. Any request to stay discovery under Landis v. North American Co., 299 U.S. 248 (1936), or other authority must be made through a motion filed according to Civil Local Rule 7. The court is unable to properly examine Defendants' request based only on statements made in a Case Management Conference Statement, particularly when it seems the court must be convinced that Plaintiff will be unable to state a claim upon which relief can be granted and Plaintiff must be given an opportunity to show prejudice. B. R. S. Land Investors v. United States, 596 F.2d 353, 356 (9th Cir. 1979); Wood v. McEwen, 644 F.2d 797, 801-802 (9th Cir. 1981).

2. In light of the pending motion to dismiss (Dkt. No. 71), the court declines to set a case management schedule at this time. Instead, the Case Management Conference is CONTINUED to **10:00 a.m. on November 10, 2016.** The parties shall file a Joint Case

1

Case No.: 5:15-cv-01819-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Management Statement, or separate statements as appropriate under Civil Local Rule 16-9, on or before **November 3, 2016.**

    3.    The motion to appear telephonically (Dkt. No. 80) is TERMINATED AS MOOT.

**IT IS SO ORDERED.**

Dated:  July 1, 2016



EDWARD J. DAVILA
United States District Judge