UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

J. D. JORDON,

            Plaintiff,

    v.

JAY C. HOAG,

            Defendant.

Case No. 5:15-cv-01819-EJD

**ORDER DENYING ADMINISTRATIVE REQUEST TO APPEAR TELEPHONICALLY AT HEARING**

Re: Dkt. No. 113

Plaintiff has filed an administrative request to appear telephonically at the March 8, 2018 hearing, which was set to hear argument regarding Defendant's Motion to Dismiss. Dkt. No. 113. However, the Court has already granted Defendant's Motion to Dismiss and vacated the hearing. Dkt. No. 111. Accordingly, Plaintiff's request is DENIED AS MOOT.

    **IT IS SO ORDERED.**

Dated: February 23, 2018

_____

EDWARD J. DAVILA
United States District Judge